The People of the State of New York, Respondent, 
against
Salvador Blanco, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Julio Rodriguez III, J.), rendered March 4, 2014, convicting him, upon his plea of guilty, of assault in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Julio Rodriguez III, J.), rendered March 4, 2014, affirmed.
Our review of that record indicates that defendant's plea was entered knowingly, voluntarily, and intelligently with the aid of counsel, and after the court sufficiently advised defendant of the constitutional rights he would be giving up by pleading guilty (see People v Conceicao, 26 NY3d 375 [2015]; People v Sougou, 26 NY3d 1052 [2015]). Defendant's claim that his undisclosed medical condition affected the voluntariness of his plea is belied by the plea minutes, which reveal that defendant was rational, coherent and unequivocal in assuring the court that he fully comprehended the meaning of his plea, had discussed his case with his attorney and that he was pleading guilty of his own free will (see People v Charleston, 142 AD3d 1248, 1249 [2016]; People v Jacks, 48 AD3d 241 [2008], lv denied 10 NY3d 960 [2008]; People v Rodriguez, 302 AD2d 317, 317 [2003], lv denied 99 NY2d 657 [2003]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concurI concurI concur
Decision Date: June 20, 2017